

FASULO BRAVERMAN & DI MAGGIO, LLP

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/2020
```

March 16, 2020

Hon. Sydney H. Stein
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Lagaria Slaughter*
      *Case No.: 20 Cr. 112 (SHS)*

Dear Judge Stein,

I was assigned, pursuant to the Criminal Justice Act, to represent Lagaria Slaughter in the above referenced matter. Given that we are entering into uncertain times due to the Coronavirus, we have made the decision to close our physical office but are continuing to work remotely. In an effort to keep all of our employees on payroll and maintain their health insurance, we respectfully request that Your Honor authorize interim billing in this case.

Thank you for your attention in this matter. Should you have any questions, please do not hesitate to contact me

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

SO ORDERED 3/19/2020

SIDNEY H. STEIN
U.S.D.J.