

FASULO BRAVERMAN & DI MAGGIO, LLP

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2020
```

March 20, 2020

Hon. Sydney H. Stein
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re:* *United States v. Lagaria Slaughter*
    *Case No.: 20 Cr. 112 (SHS)*

**MEMO ENDORSED**

Dear Judge Stein,

I represent Lagaria Slaughter in the above referenced matter, which is scheduled for a status conference on Monday, March 23. We are presently in negotiations with the Government and anticipate arriving at a resolution on this case. Furthermore, Mr. Slaughter is currently living out of state in Georgia. In order to avoid having him fly to New York for the status conference during the health pandemic, and to allow for continued negotiations, I respectfully request an adjournment of the conference to late April or May. Counsel for the defendant consents to the exclusion of Speedy Time until the next court date.

The Government has no objection to this request.

Thank you for your attention in this matter. Should you have any questions, please do not hesitate to contact me.

*The conference is adjourned to May 27 at 3:30 pm.*

Respectfully submitted,

SO ORDERED 3/20/2020

/s/ SIDNEY H. STEIN
U.S.D.J.

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Time is excluded from calculation under the
Speedy Trial Act from today until May 27, 2020
The Court finds that the ends of justice served by this
continuance outweigh the best interests of the public
and the defendants in a speedy trial pursuant to
18 U.S.C. § 3161(h)(7)(A).