UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-112 (SHS) |
| -v- | : | ORDER |
| LAGARIA SLAUGHTER, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The conference scheduled for July 30, 2020, at 11:00 a.m., will be held via teleconference on July 29, 2020, at 11:00 a.m. The parties shall dial 888-273-3658, and enter access code 7004275, to join the teleconference.

Dated: New York, New York
       July 22, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.