UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-112 (SHS) |
| -v- | : | <u>ORDER</u> |
| LAGARIA SLAUGHTER, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A plea via videoconference is scheduled to take place in this matter via Skype on October 29, 2020, at 12:00 p.m. The Skype link will be emailed to all participants. To optimize use of the Court's video conferencing technology, all participants in the call must:

    Use a browser other than Microsoft Explorer to access Skype for Business;

    Position the participant's device as close to the WiFi router as is feasible;

    Ensure any others in the participant's household are not using WiFi during the period of the call;

    Unless the participant is using a mobile telephone to access Skype for Business, connect to audio by having the system call the participant; and

    If there is ambient noise, the participant must mute his or her device when not speaking. Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing 917-933-216 and entering Participant Code: 992953943.

Dated: New York, New York
       October 19, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.