UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-112 (SHS) |
| -v- | : | ORDER |
| LAGARIA SLAUGHTER, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A change of plea proceeding having been held today via videoconference, with defendant and counsel for all parties attending,

    IT IS HEREBY ORDERED that:

    1.    The sentencing is set for January 28, 2021, at 3:00 p.m.;

    2.    The defendant's sentencing submissions are due by January 14, 2021;

    3.    The government's sentencing submissions are due by January 21, 2021;

    4.    The following condition is added to defendant's bail conditions: defendant shall maintain employment. If he becomes unemployed, he shall notify Pretrial Services within 24 hours; and

    5.    All other bail conditions remain as previously set.

Dated: New York, New York
       October 29, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.