

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
LFasulo@FBDMLaw.com

**MEMO ENDORSED, p. 2**

January 11, 2021

Hon. Sidney H. Stein
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

*Re:  United States v. Lagaria Slaughter*
*Case No.: 20 Cr. 112 (SHS)*

Dear Judge Stein,

    I was assigned to represent Lagaria Slaughter, who has a sentencing hearing scheduled for January 28, 2021. In order to provide additional time for receipt of military records pertinent to Mr. Slaughter's sentencing, I respectfully request a one-month adjournment of the sentencing hearing.

    The Government has no objection to this request.

    Thank you for your attention in this matter. Should you require any further information, please do not hesitate to contact me.

    Respectfully submitted,

    s/Louis V. Fasulo
    Louis V. Fasulo
    Fasulo Braverman & Di Maggio, LLP
    225 Broadway, Suite 715
    New York, New York 10007
    Tel. 212-566-6213

Cc:    Peter Davis, AUSA

The sentencing is adjourned to February 26, 2021, at 2:00 p.m. The defense sentencing submissions are due by February 12, 2021, the government's submissions are due by February 19, 2021.

Dated: New York, New York
      January 11, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.